**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BRADFORD O. BRYANT,

                Petitioner - Appellant,

   v.

RANDY GROUNDS, Warden, Warden,

                Respondent - Appellee.

No. 08-16754

D.C. No. 3:05-cv-00723-JSW

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE and McKEOWN, Circuit Judges.

California state prisoner Bradford O. Bryant appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction

under 28 U.S.C. § 2253, and we affirm.

Bryant contends that the Governor's 2003 decision to deny him parole was

not supported by "some evidence" and therefore violated his due process rights.

---

      [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *Swarthout v. Cooke*, 131 S. Ct. 859, 863 (2011); *Styre v. Adams*, 645 F.3d 1106, 1108 (9th Cir. 2011) (acknowledging *Cooke* and holding that due process does not require Governor to hold second suitability hearing before reversing parole grant); *Roberts v. Hartley*, 640 F.3d 1042, 1045-47 (9th Cir. 2011) (applying *Cooke*). Because Bryant raises no procedural challenges, we affirm.

Bryant's motion for judicial notice is denied as moot.

**AFFIRMED.**